# EXHIBIT L



13727 Noel Road Suite 700
Dallas TX 75240

| Statement Date | Amount Due |
|---|---|
| 09-27-2022 | **$2,525,000.00** |
| Case # | |
| 50,000 Individuals v Samsung Electronics | |

# Invoice

50,000 Individual Claimants v Samsung Electronics
Attn: Jonathan Gardner
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

| Date | Reference Number | Description | Balance | Due Date |
|---|---|---|---|---|
| 9/27/2022 | 02 (01-22-0003-9924) | Initial Administrative Fees<br><br>500 cases at $100.00 / each (**$50,000.00**)<br><br>49,500 cases at $50.00 /each (**$2,475,000.00**) | $2,525,000.00 | Due Upon Receipt |

## Payment Options

**Wire Transfer / ACH / EFT**

As information transmitted by the bank is often truncated due to limited space, please email your reference information (01-22-0003-9924/ 50,000 Individuals v. Samsung) with the date and amount of your wire, to ensure that your payment is credited promptly and correctly to corpfinance@adr.org and LMEEFinance@adr.org.

**Name of Bank:** Wells Fargo Bank
**Address:** 150 East 42nd Street, 24th FL., New York, NY 10017, USA
**Account Name:** AAA/American Arbitration Association
**Account Number:** 2000017952068
**ABA/Transit Number:** 121000248
**Reference:**
**Swift Code/BIC:** WFBIUS6S

**Note:** Please take steps to ensure that your bank does in fact wire the entire amount to our account. From time to time, certain banks will keep a portion of the wire transfer for their own service fee, leaving a balance due to the AAA/ICDR.

**Paying by Check**

Checks should be made payable to the American Arbitration Association and include the reference number noted above. Please return this page with your payment to:

**American Arbitration Association**
**Attn: Finance**
**13727 Noel Road**
**Suite 700**
**Dallas, TX 75240**

**Corporate Address and Tax ID:** American Arbitration Association, 120 Broadway, 21st Floor, New York, NY 10271, **EIN # 13-0429745**