# EXHIBIT P

| | |
|---|---|
| **From:** | Victoria Chandler |
| **To:** | Gardner, Jonathan; Nafash, Melissa; Tully, Shannon; redwards@omm.com; mpowers@omm.com; apavel@omm.com; eormsby@omm.com |
| **Subject:** | RE: [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924 |
| **Date:** | Thursday, September 29, 2022 5:05:10 PM |
| **Attachments:** | image7b9fc3.PNG |
| | imagefce6b1.PNG |
| | 9-27-22 Samsung letter to AAA re Labaton arbitration demands.pdf |
| | 09.28.22 Correspondence from JG to AAA.pdf |

Caution! This message was sent from outside your organization.　　Allow sender | Block sender

Counsel,

This will acknowledge receipt of both Mr. Edwards' September 27, 2022 correspondence and Ms. Nafash's September 28, 2022 correspondence. Based on these correspondence, the American Arbitration Association (AAA) is cancelling the administrative conference call scheduled for Friday, September 30, 2022.

Sincerely,

Victoria



**Victoria Chandler**
**Director of ADR Operations**

American Arbitration Association
International Centre for Dispute Resolution
T: 612 278 5124  F: 612 342 2334  E: ChandlerV@adr.org
2355 Highway 36 West, Suite 400, Roseville, MN 55113

adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Nafash, Melissa <MNafash@labaton.com>
**Sent:** Wednesday, September 28, 2022 4:51 PM
**To:** Victoria Chandler <ChandlerV@adr.org>; MultiCaseFiling <MultiCaseFiling@adr.org>
**Cc:** Gardner, Jonathan <JGardner@labaton.com>; Tully, Shannon <STully@labaton.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>; Slawe, Meredith C <Meredith.Slawe@skadden.com>; Powers, Matt <mpowers@omm.com>; Pavel, Ashley <apavel@omm.com>; Ormsby, Eric <eormsby@omm.com>; Edwards, Randall W. <redwards@omm.com>
**Subject:** RE: [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924

**\*\*\* External E-Mail – Use Caution \*\*\***

Good evening,

Please see the attached correspondence on behalf of Claimants.

Sincerely,
Melissa

**From:** Edwards, Randall W. <redwards@omm.com>
**Sent:** Tuesday, September 27, 2022 8:38 PM
**To:** Victoria Chandler <ChandlerV@adr.org>; multicasefiling@adr.org
**Cc:** Gardner, Jonathan <JGardner@labaton.com>; Tully, Shannon <STully@labaton.com>; Nafash, Melissa <MNafash@labaton.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>; Slawe, Meredith C <Meredith.Slawe@skadden.com>; Powers, Matt <mpowers@omm.com>; Pavel, Ashley <apavel@omm.com>; Ormsby, Eric <eormsby@omm.com>
**Subject:** [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924

Please see the attached letter on behalf of Samsung.

**O'Melveny**

**Randall W. Edwards**
(he, him, his)
redwards@omm.com
O: +1-415-984-8716

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*The American Lawyer*: **Ranked #1 on the A-List, including #1 for Associate Satisfaction**
*Vault*: **Five straight years in the Top 3 for Best Law Firm to Work For, Overall Diversity, and Best Summer Associate Program**

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.