# EXHIBIT Q

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JEAN VASADI, et al., individually and on behalf of all others similarly situated, | : : : : | **Civil Action No. 21-10238-WJM-AME** |
| Plaintiffs, | : : | **ORDER** |
| v. | : : | |
| SAMSUNG ELECTRONICS AMERICA, INC., | : : | |
| Defendant. | : : : : | |

**ESPINOSA**, Magistrate Judge

  This matter having come before the Court on the motion by defendant Samsung Electronics America, Inc. ("SEA") to compel arbitration and stay this action [ECF No. 8]; and plaintiffs having opposed the motion; and the motion having been referred for decision by the Honorable William Martini pursuant to 28 U.S.C. § 636(b); and the Court ruling on the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78(b); and for the reasons expressed in the Opinion filed herewith,

  **IT IS** on this 29th day of November 2021,

  **ORDERED** that SEA's motion to compel arbitration and stay the action [ECF No. 8] is **GRANTED IN PART and DENIED IN PART**; and it is further

  **ORDERED** that, as set forth in the accompanying Opinion, all named plaintiffs other than Justin and Amber O'Connor are compelled to arbitrate the claims asserted against SEA in this action, pursuant to 9 U.S.C. § 2; and it is further

**ORDERED** that, pursuant to 9 U.S.C. § 3, the action shall be stayed as to the claims brought by the named plaintiffs compelled to arbitrate; and it is further

**ORDERED** that SEA's request to stay the claims asserted by the non-arbitrating plaintiffs, Justin and Amber O'Connor, is denied.

      /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge