# EXHIBIT 3



Neil Currie
Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

October 12, 2022

Jonathan Gardner
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Via Email to: jgardner@labaton.com

Randall W. Edwards, Esq.
O'Melveny & Myers, LLP
2 Embarcadero Center
28th Floor
San Francisco, CA 94411-3823
Via Email to: redwards@omm.com

Case Number: 01-22-0003-9924

Individual Claimants
-vs-
Samsung Electronics USA, Inc.

Dear Counsel:

The American Arbitration Association (AAA) is in receipt of a multiple case filing by 50,000 individual consumer claimants against Samsung Electronics USA, Inc. The AAA received the claimants' filing fees in the amount of $2,525,000 on September 28, 2022, which covers the claimants' filing fees for these 50,000 cases. We are also in receipt of a letter from counsel for Samsung, Randall Edwards dated September 27, 2022 and a letter from counsel for the claimants, Johnathan Gardner dated September 28, 2022.

Based on the filing materials submitted by the claimants, the AAA has determined that the Consumer Arbitration Rules (Consumer Rules) and the Supplementary Rules for Multiple Case Filings (Supplementary Rules) apply to these matters. The claimants' filing requirements for these cases are set forth in Consumer Rules R-2 and Supplementary Rules MC-2. Pursuant to rule MC-2, Filing Requirements of the Supplementary Rules, the AAA will notify the parties when the filing requirements have been met. This rule further states, "as part of the filing requirements, the filing party shall submit a fully completed Multiple Case Filings Intake Data Spreadsheet (Spreadsheet), which is available at https://www.adr.org/consumer/multiple-case-filing, at the time a Multiple Case Filing reaches the 25-case threshold, and shall update such Spreadsheet as additional cases are filed."

In conducting the review of the claimants' filing materials to confirm if filing requirements have been met, the AAA has found inaccurate and/or incomplete information on the Spreadsheet submitted by the claimants. Below is an example of the inaccurate/incomplete information we have found. There are numerous additional cases with the same or similar inaccurate/incomplete information. As such, we request that the claimants review the entire Spreadsheet and update, correct or if you are unable to do so, withdraw the filing and refile the matter at such time as you can provide updated and/or accurate information for the claimant(s). Once we receive the revised Spreadsheet with the completed information set forth in MC-2, the AAA can complete our review to determine if the claimants

have met the filing requirements.  If possible, the AAA would appreciate either receiving a revised Spreadsheet or an update on the status of this matter by **October 21, 2022.**

| Unique Identifier | Claimant's First Name | Claimant Last Name | Claimant Address Line | Claimant City | Claimant State |
|---|---|---|---|---|---|
| 303826 | Satchez | John | 1009 | Austin Dr | IL |
| 330498 | Chris | Buford | 102 | Hopi Ct | IL |
| 233099 | Charles | Alfaro | 103 | Elliot | IL |
| 358059 | Full | Chck | This Fi Dhkhj | Davra | IL |
| 352670 | Geraldine | Alvarez | Q | Crete | IL |
| 250175 | Cesar | Aguilera | Cesar Aguilera | Skokie | IL |
| 217407 | Nestor | Fuel | Nestor Fuel | Palatine | IL |

In addition, as some of the positions communicated by Samsung in their September 27 letter pertain to whether the claimants' filing requirements have been met, we would also request that counsel for the claimants provide a substantive response to those that challenge whether the claimants have met the AAA filing requirements.  Please provide a response by **October 17, 2022**.  Thank you.

Sincerely,
/s/
Victoria Chandler
Director of ADR Operations
Direct Dial: (612)278-5124
Email: VictoriaChandler@adr.org
Fax: (612)342-2334

cc:     Shannon Tully
        Melissa H. Nafash
        Eric Ormsby, Esq.
        Ashley Pavel
        Matthew Powers, Esq.