# EXHIBIT 13

| | |
|---|---|
| **From:** | Nafash, Melissa <MNafash@labaton.com> |
| **Sent:** | Friday, October 21, 2022 4:43 PM |
| **To:** | ConsumerMCFIntake; Gardner, Jonathan; Tully, Shannon; Edwards, Randall W.; Powers, Matt; Pavel, Ashley; Ormsby, Eric |
| **Cc:** | AAA Victoria Chandler; AAA Krista Peach |
| **Subject:** | RE: [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924 |
| **Attachments:** | Samsung - 2022.10.21 Revised AAA Spreadsheet (50,000 Claims).xlsx |

[EXTERNAL MESSAGE]

Ms. Chandler,

Please see the enclosed revised spreadsheet curing the issues identified in AAA's letter and fixing similar issues identified by Labaton upon further review.

Sincerely,
Melissa

**From:** ConsumerMCFIntake <ConsumerMCFIntake@adr.org>
**Sent:** Tuesday, October 18, 2022 4:28 PM
**To:** Nafash, Melissa <MNafash@labaton.com>; ConsumerMCFIntake <ConsumerMCFIntake@adr.org>; Gardner, Jonathan <JGardner@labaton.com>; Tully, Shannon <STully@labaton.com>; redwards@omm.com; mpowers@omm.com; apavel@omm.com; eormsby@omm.com
**Cc:** AAA Victoria Chandler <VictoriaChandler@adr.org>; AAA Krista Peach <KristaPeach@adr.org>
**Subject:** RE: [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924

Counsel –

This will acknowledge receipt of the attached correspondence from Ms. Nafash.

Thank you



**ConsumerMCFIntake**

American Arbitration Association

E: ConsumerMCFIntake@adr.org

adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Nafash, Melissa <MNafash@labaton.com>
**Sent:** Monday, October 17, 2022 5:31 PM
**To:** ConsumerMCFIntake <ConsumerMCFIntake@adr.org>; Gardner, Jonathan <JGardner@labaton.com>; Tully, Shannon <STully@labaton.com>; redwards@omm.com; mpowers@omm.com; apavel@omm.com; eormsby@omm.com
**Cc:** AAA Victoria Chandler <VictoriaChandler@adr.org>; AAA Krista Peach <KristaPeach@adr.org>
**Subject:** RE: [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924

**\*\*\* External E-Mail – Use Caution \*\*\***

Ms. Chandler,

Please see the attached correspondence in response to your October 12th letter.

Sincerely,
Melissa

**From:** ConsumerMCFIntake <ConsumerMCFIntake@adr.org>
**Sent:** Wednesday, October 12, 2022 10:19 AM
**To:** Gardner, Jonathan <JGardner@labaton.com>; Nafash, Melissa <MNafash@labaton.com>; Tully, Shannon

<STully@labaton.com>; redwards@omm.com; mpowers@omm.com; apavel@omm.com; eormsby@omm.com
**Cc:** AAA Victoria Chandler <VictoriaChandler@adr.org>; AAA Krista Peach <KristaPeach@adr.org>
**Subject:** [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924

Counsel –

Please see the attached correspondence.

Sincerely,

Victoria



**ConsumerMCFIntake**

American Arbitration Association

E: ConsumerMCFIntake@adr.org

adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you. ***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.