# EXHIBIT 14



Neil Currie
Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

October 31, 2022

Jonathan Gardner
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Via Email to: jgardner@labaton.com

Randall W. Edwards, Esq.
O'Melveny & Myers, LLP
2 Embarcadero Center
28th Floor
San Francisco, CA 94411-3823
Via Email to: redwards@omm.com

Case Number: 01-22-0003-9924

50,000 Individual Claimants
-vs-
Samsung Electronics USA, Inc.

Dear Parties:

The American Arbitration Association (AAA) acknowledges receipt of 50,000 individual consumer demands for arbitration filed against, Samsung Electronics USA, Inc. (Samsung). This will also acknowledge receipt of Claimant's revised spreadsheet dated October 21, 2022. The AAA also received letters from Mr. Gardner dated October 17 and 26, 2022 and a letter from Mr. Edwards dated October 24, 2022. The AAA has made the administrative determination that claimants have now met the AAA's administrative filing requirements on each of the 50,000 cases filed. A list of these cases are enclosed. For any issues raised that concern whether the AAA's filing requirements have been met, after all filing requirements including the payment of filing fees is completed, a party can request the appointment of a Process Arbitrator per MC-6 of the Supplementary Rules for Multiple Case Filings. For the issues raised that pertain to the arbitratbility of the parties' disputes, those issues may be addressed by the Merit Arbitrators upon their appointment.

Please note, this is the first time the AAA has made the administrative determination that the claimants' filing requirements have been met and requested filing fees from Samsung Electronics USA, Inc. Samsung is now responsible for payment of the initial administrative filing fees totaling $4,125,000.00. This letter shall serve as the invoice pursuant to California Code of Civil Procedure Sections 1281.97 and 1281.98. An invoice is enclosed to facilitate payment by the Business. This is provided to all parties pursuant to California Code of Civil Procedure section 1281.98. Payment from the Business is due upon receipt.

As some of these arbitrations are subject to California Code of Civil Procedure sections 1281.97 and 1281.98, payment from the Business must be received by November 30, 2022 or the AAA may close these cases. Pursuant to California Code of Civil Procedure 1281.97 the AAA cannot grant any extensions to this payment deadline. Payment may be submitted by credit card or electronic check. Please confirm the email address to which the AAA

will send a secured paylink and the instructions for payment via either method. If paying by check, please make it payable to the American Arbitration Association (AAA) and send it to the AAA at 13727 Noel Road, Suite 700, Dallas, TX 75240.

As the filing requirements were met after August 1, 2021, the Supplementary Rules for Multiple Case Filings will apply to these 50,000 individual cases. The parties may find more information at: [AAA Consumer Multiple Case Filing](.).

Sincerely,
/s/
Victoria Chandler
Director of ADR Operations
Direct Dial: (612)278-5124
Email: VictoriaChandler@adr.org
Fax: (612)342-2334


cc:   Shannon Tully
      Melissa H. Nafash
      Eric Ormsby, Esq.
      Ashley Pavel
      Matthew Powers, Esq.