# EXHIBIT 18

| | |
|---|---|
| **From:** | AAA Victoria Chandler <VictoriaChandler@adr.org> |
| **Sent:** | Monday, November 28, 2022 11:55 AM |
| **To:** | Edwards, Randall W.; Nafash, Melissa; ConsumerMCFIntake |
| **Cc:** | Gardner, Jonathan; Tully, Shannon; Powers, Matt; Pavel, Ashley; Ormsby, Eric; McTigue Jr., Michael W; 'Slawe, Meredith C' |
| **Subject:** | RE: [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924 |

[EXTERNAL MESSAGE]

Dear Counsel:

The American Arbitration Association (AAA) is in receipt of letters from Mr. Gardner dated November 17, 2022 and from Mr. Edwards dated November 22, 2022.  As there has been no objection from Samsung to Mr. Gardner's request to stay the 14 CA cases, these cases will be stayed.  Because there is no agreement to stay the additional 49,986 non-CA cases and we have not received Samsung's portion of the filing fees for these matters, the AAA will proceed with closing these matters and issue a refund for the filing fees paid by the claimants.

Sincerely,

Victoria



**AAA Victoria Chandler**
**Director of ADR Operations**

American Arbitration Association

T: 612 278 5124  F: 612 342 2334  E: VictoriaChandler@adr.org
2355 Highway 36 West, Suite 400, Roseville, MN 55113
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Edwards, Randall W. <redwards@omm.com>
**Sent:** Tuesday, November 22, 2022 7:04 PM
**To:** AAA Victoria Chandler <VictoriaChandler@adr.org>; Nafash, Melissa <MNafash@labaton.com>; ConsumerMCFIntake <ConsumerMCFIntake@adr.org>
**Cc:** Gardner, Jonathan <JGardner@labaton.com>; Tully, Shannon <STully@labaton.com>; Powers, Matt <mpowers@omm.com>; Pavel, Ashley <apavel@omm.com>; Ormsby, Eric <eormsby@omm.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>; 'Slawe, Meredith C' <Meredith.Slawe@skadden.com>
**Subject:** RE: [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924

*** External E-Mail – Use Caution ***

Ms. Chandler,

I attach a response letter on behalf of Respondents Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

Randy

**O'Melveny**

**Randall W. Edwards**
(he, him, his)
redwards@omm.com
O: +1-415-984-8716

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website  |  LinkedIn  |  Twitter

This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** AAA Victoria Chandler <VictoriaChandler@adr.org>
**Sent:** Friday, November 18, 2022 10:48 AM
**To:** Nafash, Melissa <MNafash@labaton.com>; ConsumerMCFIntake <ConsumerMCFIntake@adr.org>
**Cc:** Gardner, Jonathan <JGardner@labaton.com>; Tully, Shannon <STully@labaton.com>; Edwards, Randall W. <redwards@omm.com>; Powers, Matt <mpowers@omm.com>; Pavel, Ashley <apavel@omm.com>; Ormsby, Eric <eormsby@omm.com>
**Subject:** RE: [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924

[EXTERNAL MESSAGE]

Counsel –

This will confirm receipt of the attached letter from Ms. Nafash.

We request comments from the Respondent on or before, November 23, 2022.

Sincerely,

Victoria



**AAA Victoria Chandler**
**Director of ADR Operations**

American Arbitration Association

T: 612 278 5124  F: 612 342 2334  E: VictoriaChandler@adr.org
2355 Highway 36 West, Suite 400, Roseville, MN 55113
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Nafash, Melissa <MNafash@labaton.com>
**Sent:** Thursday, November 17, 2022 5:16 PM
**To:** AAA Victoria Chandler <VictoriaChandler@adr.org>
**Cc:** Gardner, Jonathan <JGardner@labaton.com>; Tully, Shannon <STully@labaton.com>; redwards@omm.com; mpowers@omm.com; apavel@omm.com; eormsby@omm.com
**Subject:** RE: [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924

*** External E-Mail – Use Caution ***

Ms. Chandler,

Please see the enclosed correspondence.

Sincerely,
Melissa

**From:** AAA Victoria Chandler <VictoriaChandler@adr.org>
**Sent:** Monday, November 14, 2022 9:34 AM
**To:** Gardner, Jonathan <JGardner@labaton.com>; Nafash, Melissa <MNafash@labaton.com>; Tully, Shannon <STully@labaton.com>; redwards@omm.com; mpowers@omm.com; apavel@omm.com; eormsby@omm.com
**Subject:** [EXTERNAL]Individual Claimants v. Samsung Electronics USA, Inc. - Case 01-22-0003-9924

Counsel –

Please see the attached correspondence.

Sincerely,

Victoria



**AAA Victoria Chandler
Director of ADR Operations**

American Arbitration Association

T: 612 278 5124  F: 612 342 2334  E: VictoriaChandler@adr.org
2355 Highway 36 West, Suite 400, Roseville, MN 55113
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.