# EXHIBIT 19



Neil Currie
Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

November 30, 2022

Jonathan Gardner
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Via Email to: jgardner@labaton.com

Randall W. Edwards, Esq.
O'Melveny & Myers, LLP
2 Embarcadero Center
28th Floor
San Francisco, CA 94411-3823
Via Email to: redwards@omm.com

Case Number: 01-22-0003-9924

Individual Claimants
-vs-
Samsung Electronics USA, Inc.

Dear Parties:

Further to the American Arbitration Association's (AAA's) email to parties November 28, 2022, the AAA has administratively closed the 49,986 non-California cases.

The AAA acknowledges the request from Ms. Nafash for a refund on the 49,986 cases. Please note that our November 14, 2022 correspondence erroneously indicated the amount to be refunded was $2,352,600.00, the actual refund will be $2,523,600.00. We apologize for any confusion that this may have caused. We are in receipt of the bank wire information and will work with our finance team to process the refund.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the stated closing date.

Lastly, the 14 cases filed by California claimants will be placed in abeyance until the parties request to proceed with administration. A list of those remaining cases is enclosed.

Sincerely,
/s/
Victoria Chandler
Director of ADR Operations
Direct Dial: (612)278-5124
Email: VictoriaChandler@adr.org

Fax: (612)342-2334

cc: Shannon Tully
    Melissa H. Nafash
    Eric Ormsby, Esq.
    Ashley Pavel
    Matthew Powers, Esq.