# EXHIBIT 3

## Identified Overlapping Petitioners

| No. | First Name | Last Name | City | State |
|---|---|---|---|---|
| 1 | David | Abbott | Mackinaw | IL |
| 2 | Lisa | Adams | Bourbonnais | IL |
| 3 | Vickie | Aiello | Ofallon | IL |
| 4 | Joseph | Akers | Edwardsville | IL |
| 5 | Sequoia | Alexander | Peoria | IL |
| 6 | Brian | Allerding | Centralia | IL |
| 7 | Lisa | Alvarado | Hobart | IL |
| 8 | Miguel | Alvarez | Chicago | IL |
| 9 | Anthony | Amaker | Zion | IL |
| 10 | Andrea | Andersom | Chicago | IL |
| 11 | Christina | Andes | Brookfield | IL |
| 12 | Ashley | Armstead | Springfield | IL |
| 13 | Rhonda | Artman | Freeport | IL |
| 14 | Ashley | Atkinson-Leon | Buffalo Grove | IL |
| 15 | Michael | Atkinson-Leon | Buffalo Grove | IL |
| 16 | William | Avery | Grayslake | IL |
| 17 | Anson | Babb | Downers Grove | IL |
| 18 | David | Bailey | Hinsdale | IL |
| 19 | Andrea | Banks | Chicago | IL |
| 20 | Chandra | Barber | Chicago | IL |
| 21 | David | Bassin | Chicago | IL |
| 22 | Renae | Battista | Huntley | IL |
| 23 | Martin | Bauer | Naperville | IL |
| 24 | Heather | Baxter | Lindenwood | IL |
| 25 | Catherine | Bayne | Bourbonnais | IL |
| 26 | Felicia | Beals | Kankakee | IL |
| 27 | Anthony | Beaver | Chicago | IL |
| 28 | Francisco | Becerra | Aurora | IL |
| 29 | Alice | Bell | Springfield | IL |
| 30 | Christopher | Bell | Chicago | IL |
| 31 | Daniel | Benke | Crystal Lake | IL |
| 32 | Erasmo | Berrios | Downers Grove | IL |
| 33 | El Malik | Bey | Posen | IL |
| 34 | Eric | Biesecker | Peoria | IL |
| 35 | Dana | Blanchard | Chicago | IL |
| 36 | Karen | Bodie | Westmont | IL |
| 37 | Brian | Boss | Granite City | IL |
| 38 | Eric | Bowers | Carbondale | IL |
| 39 | Stacey | Boyce | Aurora | IL |
| 40 | Amy | Brennan | Oak Lawn | IL |
| 41 | Susan | Brewer | Chicago | IL |
| 42 | Aarion | Brown | Hazel Crest | IL |
| 43 | Anna | Burzawa | Harwood Heights | IL |
| 44 | Michael | Butler | O'Fallon | IL |
| 45 | Mitchell | Cain | Beecher | IL |
| 46 | Jennifer | Carajohn | Morris | IL |

**Identified Overlapping Petitioners**

| No. | First Name | Last Name | City | State |
|-----|-----------|-----------|------|-------|
| 47 | Bianca | Carbajal | Chicago | IL |
| 48 | Brendan | Casey | Aurora | IL |
| 49 | Natasha | Caudle | Towanda | IL |
| 50 | Colene | Chastang | Evanston | IL |
| 51 | Angelica | Chestleigh | Chicago | IL |
| 52 | Wendy | Christman | West Chicago | IL |
| 53 | Gordon | Clanton | Cave In Rock | IL |
| 54 | Regina | Clark | Chicago | IL |
| 55 | James | Clendening | Fox Lake | IL |
| 56 | Alice | Coffey | Rantoul | IL |
| 57 | Chiquita | Coffey | Chicago | IL |
| 58 | Booker | Collins | Chicago | IL |
| 59 | Danielle | Colon | Joliet | IL |
| 60 | Susan | Cotter | Saint Joseph | IL |
| 61 | Darryl | Cotton | Chicago | IL |
| 62 | David | Cusack | Chicago | IL |
| 63 | Bryant | Dailey | Crest Hill | IL |
| 64 | Angel | Darville | Spring Grove | IL |
| 65 | Darren | Davis | Westchester | IL |
| 66 | John | Davis | Granite City | IL |
| 67 | James | Dawson | Watanda | IL |
| 68 | Amit | Desai | Bartlett | IL |
| 69 | Jerry | Dillon | Palatine | IL |
| 70 | Durbin | Downey | Princeton | IL |
| 71 | Andrew | Durkin | Palos Heights | IL |
| 72 | Darlene | Dyson | Chicago | IL |
| 73 | Althea | Earl | Forest Park | IL |
| 74 | Sara | Elliott | Aurora | IL |
| 75 | Anthony | Euell | Freeport | IL |
| 76 | Lisa | Farris | Joliet | IL |
| 77 | Alberto | Felix | Cicero | IL |
| 78 | Sean | Ferguson | Belleville | IL |
| 79 | Barry | Filerman | Northbrook | IL |
| 80 | Ryan | Finley | Woodstock | IL |
| 81 | Jonathan | Fischer | Jacksonville | IL |
| 82 | Zach | Fisher | Beecher | IL |
| 83 | Erin | Fletcher | Chicago | IL |
| 84 | Ernest | Fromer | Lombard | IL |
| 85 | Tameika | Fuller | Bourbonnais | IL |
| 86 | Martin | Garcia | Naperville | IL |
| 87 | Patrick | Gaughan | Aurora | IL |
| 88 | Bobbie Jo | Gear | Mt Caroll | IL |
| 89 | Travis | Gipson | Chicago | IL |
| 90 | Barbara | Goodwin | Calumat | IL |
| 91 | Margaret | Gorski | Belvidere | IL |
| 92 | Jon | Graskewicz | West Frankfort | IL |

## Identified Overlapping Petitioners

| No. | First Name | Last Name | City | State |
|-----|-----------|-----------|------|-------|
| 93 | Heather | Greenier | Westmont | IL |
| 94 | Linda | Hackley | Cicero | IL |
| 95 | Kimberly | Hagedorn | Lebanon | IL |
| 96 | Lindsay | Haglauer | Decatur | IL |
| 97 | Elizabeth | Haines | Saint David | IL |
| 98 | Brandon | Hall | Glen Carbon | IL |
| 99 | Cynthia | Hansen | Chicago | IL |
| 100 | Michael | Harmon | Oswego | IL |
| 101 | Beth | Harvey | Carmi | IL |
| 102 | Ebanah | Hasanat | Orland Park | IL |
| 103 | Beth | Helsley | Carbondale | IL |
| 104 | Whitney | Henry | Chicago | IL |
| 105 | Javier | Hernandez | Arlington Heights | IL |
| 106 | Fatina | Hicks | Chicago | IL |
| 107 | Katherine | Hicks | Bolingbrook | IL |
| 108 | Fabian | Higgins | Evanston | IL |
| 109 | Edna | Hill | Chicago | IL |
| 110 | Hanon | Hines | Wadsworth | IL |
| 111 | Alex | Hinote | O'Fallon | IL |
| 112 | Casey | Hnatiuk | Montgomery | IL |
| 113 | Karen | Hoffman | Du Bois | IL |
| 114 | Eric | Hofmann | Aledo | IL |
| 115 | Julie | Holda | Manteno | IL |
| 116 | Andrea | Holloway | Homewood | IL |
| 117 | Lacey | Howell | Rockford | IL |
| 118 | Daniel | Hudson | South Holland | IL |
| 119 | Tahisha | Hudson | Bellwood | IL |
| 120 | Brad | Hughes | Machesney Park | IL |
| 121 | Blaine | Huls | Danville | IL |
| 122 | Bobbie | Hunter | Taylorville | IL |
| 123 | Jane | Hutton | Worden | IL |
| 124 | Kimberly | Ibarra | Oak Forest | IL |
| 125 | Joyce | Isaacs | Carmi | IL |
| 126 | Jeremy | Jacoby | South Elgin | IL |
| 127 | Elizabeth | Jean | Bondville | IL |
| 128 | Jennifer | Jeffris | Chicago | IL |
| 129 | Amber | Jeralds | Marion | IL |
| 130 | Charles | Johnson | Oak Park | IL |
| 131 | Gary | Johnson | Chicago | IL |
| 132 | Monica | Johnson | Rockford | IL |
| 133 | Samuel | Johnson | Northlake | IL |
| 134 | Tracey | Johnson | Rockford | IL |
| 135 | Anna | Kacso | Antioch | IL |
| 136 | Neelu Kaur | Kalada | Naperville | IL |
| 137 | Angela | Kardell | Hainesville | IL |
| 138 | Christina | Karpowicz | Downers Grove | IL |

## Identified Overlapping Petitioners

| No. | First Name | Last Name | City | State |
|-----|-----------|-----------|------|-------|
| 139 | Donna | Keca | Aurora | IL |
| 140 | Antonina | Kessel | Chicago | IL |
| 141 | Darcy | Kilka | Joliet | IL |
| 142 | Brenda | King | Rushville | IL |
| 143 | Alyssa | Kinnaird | Antioch | IL |
| 144 | Lakaiya | Kippers | Alsip | IL |
| 145 | Vivian | Knell | Hampshire | IL |
| 146 | Christina | Koester | Beecher City | IL |
| 147 | Carol | Koreba | Huntley | IL |
| 148 | Ruth | Kotek | Naperville | IL |
| 149 | Daniel | Kozubal | Algonquin | IL |
| 150 | Adam | LaCour | Hazel Crest | IL |
| 151 | Karen | LaFleur | Downers Grove | IL |
| 152 | Ella | Lakin | White Hall | IL |
| 153 | Dennis | Lang | Bloomingdale | IL |
| 154 | Bryce | Langendorf | Rockford | IL |
| 155 | Jaewon | Lee | Chicago | IL |
| 156 | Jen | Leffler | Oak Forest | IL |
| 157 | Brandi | Lewis | Urbana | IL |
| 158 | Jason | Lewis | Belleville | IL |
| 159 | Anthony | Locascio | Downers Grove | IL |
| 160 | Eileen | Loechel | Oak Park | IL |
| 161 | Chip | Loghry | Belleville | IL |
| 162 | Denise | Long | Chicago | IL |
| 163 | Alejandra | Lopez | Berwyn | IL |
| 164 | Maria | Lopez | Chicago | IL |
| 165 | Kelly | Lovett | Chicago | IL |
| 166 | Jose | Lozano | Berwyn | IL |
| 167 | Martha | Lucking | Batavia | IL |
| 168 | Brian | Lunardon | Dixon | IL |
| 169 | Charlene | Lyda | Bolingbrook | IL |
| 170 | Michael | Marchetti | Chicago | IL |
| 171 | Carolyn | Marmion | Pekin | IL |
| 172 | Joshua | Maroon | Greenville | IL |
| 173 | Richard | Martinez | Schaumburg | IL |
| 174 | Tonya | Masek | Clifton | IL |
| 175 | Malaika | Mayfield | Richton Park | IL |
| 176 | Annie | Mcelligott | Chicago | IL |
| 177 | Brian | Meadowcroft | Aurora | IL |
| 178 | Angel | Meares | Harvey | IL |
| 179 | Elliot | Mendelson | Berwyn | IL |
| 180 | Michael | Mrozowski | Palatine | IL |
| 181 | John | Muffley | El Paso | IL |
| 182 | Michele | Musillami | Saint Charles | IL |
| 183 | Daniel | Neniskis | Chicago | IL |
| 184 | Mary | Nienaber | Winfield | IL |

## Identified Overlapping Petitioners

| No. | First Name | Last Name | City | State |
|-----|-----------|-----------|------|-------|
| 185 | Ndubuisi Vincent | Obah | Chicago | IL |
| 186 | Ayelet | Palmore | Chicago | IL |
| 187 | Bart | Papiez | Burbank | IL |
| 188 | Ronald | Parilla | Oak Brook | IL |
| 189 | Jason | Pemberton | Peoria | IL |
| 190 | Julio | Puma | Chicago | IL |
| 191 | Danny | Randleman | Pekin | IL |
| 192 | Michael | Redwick | Chicago | IL |
| 193 | Christina | Respass | Westchester | IL |
| 194 | Anastasia | Sarantopoulos | Chicago Ridge | IL |
| 195 | Rebecca | Schmakel | Downers Grove | IL |
| 196 | Floyd | Scott Jr | Oakwood | IL |
| 197 | Felicia | Solebo | Chicago | IL |
| 198 | Danny | Stafford | Benton | IL |
| 199 | Brandon | Stetzler | Mackinaw | IL |
| 200 | Freddie | Terry | Chicago | IL |
| 201 | Joel | Thomas | Chicago | IL |
| 202 | Alphonso | Thomas Jr | Chicago | IL |
| 203 | Bob | Thompson | Effingham | IL |
| 204 | Darbie | Thompson | Casey | IL |
| 205 | Tina | Thompson | Belvidere | IL |
| 206 | Rishu | Thukral | Chicago | IL |
| 207 | Christopher | Toney | Rockford | IL |
| 208 | Christina | Trejo | Crystal Lake | IL |
| 209 | Paul | Trippett | Carol Stream | IL |
| 210 | Frances | Troesch | Monee | IL |
| 211 | Daphne | Turner | Chicago | IL |
| 212 | Tuxford | Turner | Chicago | IL |
| 213 | Eugene | Vandyke | Moline | IL |
| 214 | Yolanda | Vazquez | Chicago | IL |
| 215 | Carrie | Veile | Liberty | IL |
| 216 | Edgar | Vera | Oaklawn | IL |
| 217 | Charles | Walker | Chicago | IL |
| 218 | Lashawn | Walker | Evergreen Park | IL |
| 219 | Ethan | Walter | Wood River | IL |
| 220 | Joshua | Wanland | Woodstock | IL |
| 221 | Barb | Wasielewski | Spring Valley | IL |
| 222 | Steven | Weglarz | Lombard | IL |
| 223 | Diane | Weidner | Hawthorn Woods | IL |
| 224 | Dave | Weigal | Mokena | IL |
| 225 | Claudia | Weinberg | Chicago | IL |
| 226 | Tricia | Wendt | Teutopolis | IL |
| 227 | Bill | Whaley | Lake Villa | IL |
| 228 | Sterling | White | Champaign | IL |
| 229 | Erika | Whitehead | Chicago | IL |
| 230 | Christopher | Williams | Hazel Crest | IL |

**Identified Overlapping Petitioners**

| No. | First Name | Last Name | City | State |
|-----|------------|-----------|------|-------|
| 231 | Dante | Williams | East Peoria | IL |
| 232 | Katyna | Williams | Belleville | IL |
| 233 | Wayne | Williams | Urbana | IL |
| 234 | Leslie | Williamson | Chicago | IL |
| 235 | Michelle | Wimmer | Elburn | IL |
| 236 | Bart | Winkler | Antioch | IL |
| 237 | Benjamin | Woolford | Centralia | IL |
| 238 | Ann | Wright | Orland Park | IL |
| 239 | Mark | Wright | Dunlap | IL |
| 240 | Jack | Wu | Chicago | IL |
| 241 | Brian | Yarbrough | Peoria | IL |