IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAULA WALLRICH, DANIELLE JONES, GRANT GRINNELL, JEFFREY BURTON, RHONDA MCCALLUM, PROVIDENCIA VILLEGAS, and 49,980 other individuals,<br><br>*Petitioners*,<br><br>- against -<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.,<br><br>*Respondents*. | Civil Action No: 1:22-cv-05506<br><br>Hon. Harry D. Leinenweber<br><br>(Addressing related action docketed as *Melanie Hoeg, Angela Davis, Melinda Garcia, and 1,025 Other Individuals v. Samsung Electronics America, Inc., and Samsung Electronics Co., Ltd. (d/b/a Samsung Electronics America, Inc.)*, Civil Action No. 1:23-cv-01951, presently assigned to the Hon. Jorge L. Alonso) |

**RESPONDENTS' REPLY TO RESPONSES TO
MOTION FOR REASSIGNMENT OF RELATED CASE**

Respondents briefly reply to the *Hoeg* Petitioners' Response (ECF No. 41) and to the *Wallrich* Petitioners' Response (ECF No. 42) to their Motion for reassignment of the *Hoeg* action (ECF No. 40) as follows:

1. Respondents appreciate the *Hoeg* Petitioners' acknowledgment that reassignment of the *Hoeg* action is appropriate. (ECF No. 41, at 2 ("Petitioners in *Hoeg* have no objection to reassigning *Hoeg* to this Court.").)

2. Respondents disagree with the *Hoeg* Petitioners' assertion that "the dual-representation issue" "has absolutely nothing to do with the relief Respondents request in their motion — *i.e.*, reassignment of a related case." (*See* ECF No. 41, at 2.) The substantial overlap between the parties in the two actions is self-evidently pertinent to the Court's consideration of whether the two actions are related and whether reassignment is therefore appropriate. Respondents identified that overlap by mechanically comparing the publicly-filed lists of

Petitioners in the two actions, as counsel for the *Hoeg* Petitioners could have done prior to the filing of their Petition.

3. The *Wallrich* Petitioners suggest that Respondents should have provided email addresses for the overlapping Petitioners. (*See* ECF No. 42, at ¶ 4 n.2.) The list of potentially overlapping Petitioners attached to Respondents' Motion (ECF No. 40-3) was generated using the publicly-filed lists of Petitioners in the two actions (*Wallrich* ECF No. 1-2, *Hoeg* ECF No. 1-1), which do not include email addresses. Counsel for Petitioners have those addresses if they wish to refer to them.

4. Respondents disagree with the *Hoeg* Petitioners' implication that the Motion would have been unnecessary "had Respondent's counsel simply picked up the phone and asked." (ECF No. 41, at 3.) Local Rule 40.4 quite properly does not permit reassignment of an action by stipulation of the parties, but instead provides a protocol for raising the question of reassignment with the Court. Respondents proceeded in accordance with that protocol.

5. The *Hoeg* Petitioners' putative description of a confidential mediation proceeding between Respondents and the *Hoeg* Petitioners is entirely unnecessary to their Response. (*See* ECF No. 41, at 1.) Accordingly, Respondents will not comment further on that description here other than to note that it is not at all accurate, and Respondents do not agree with it.

Dated: April 10, 2023

Mark Howard Boyle
DONOHUE BROWN MATHEWSON &
   SMYTH LLC
131 South Dearborn Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 422-0900

James L. Kopecky
KOPECKY SCHUMACHER
   ROSENBURG LLC
120 North LaSalle Street, Suite 2000
Chicago, Illinois 60601
Telephone: (312) 380-6552

Respectfully submitted,

/s/ *Randall W. Edwards*
Randall W. Edwards
Matthew D. Powers (*pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)
Kurt Wm. Hemr (*pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000

*Attorneys for Respondents
Samsung Electronics America, Inc. and
Samsung Electronics Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th day of April, 2023, he caused the foregoing Respondents' Reply To Responses To Motion For Reassignment Of Related Case to be filed with the Clerk of the District Court via the CM/ECF system, which will send notification of such filing to all counsel of record in *Wallrich* at the email addresses on file with the Court.

The undersigned further certifies that on that same day, he caused a copy of the foregoing Respondents' Reply to Responses to Motion For Reassignment Of Related Case to be served by electronic mail to all counsel of record in the action captioned *Melanie Hoeg et al. v. Samsung Electronics America, Inc. et al.*, which is docketed as Civil Action No. 1:23-cv-1951 in this Court, as follows:

> Gary M. Klinger
> MILBERG COLEMAN BRYSON
>   PHILLIPS GROSSMAN PLLC
> 221 West Monroe Street, Suite 2100
> Chicago, Illinois 60606
> Telephone: (866) 252-0878
> gklinger@milberg.com
>
> Jonathan B. Cohen
> MILBERG COLEMAN BRYSON
>   PHILLIPS GROSSMAN PLLC
> 3833 Central Avenue
> St. Petersburg, Florida 33713
> Telephone: (813) 699-4056
> jcohen@milberg.com
>
> Stuart A. Davidson
> Mark Dearman
> Alexander C. Cohen
> ROBBINS GELLER RUDMAN & DOWD LLP
> 225 NE Mizner Boulevard, Suite 720
> Boca Raton, Florida 33432
> Telephone: (561) 750-3000
> sdavidson@rgrdlaw.com
> mdearman@rgrdlaw.com
> acohen@rgrdlaw.com

Dated: April 10, 2023

/s/ *Randall W. Edwards*
Randall W. Edwards
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

*Attorney for Respondents*
*Samsung Electronics America, Inc. and*
*Samsung Electronics Co., Ltd.*