## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Paula Wallrich, et al | ) | Case No: 22 C 5506 |
| v. | ) | Judge: Harry D. Leinenweber |
| Samsung Electronics America, Inc. et al | ) | |

### ORDER

Pro hac vice motion is granted [44].

Date: 5/30/23                                                          /s/ Judge Harry D. Leinenweber