UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Paula Wallrich, et al.
                                             Plaintiff,

v.                                           Case No.: 1:22−cv−05506
                                             Honorable Harry D. Leinenweber

Samsung Electronics America, Inc., et al.
                                             Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

MINUTE entry before the Honorable Harry D. Leinenweber: MOTION by Defendants for Leave to Submit Additional Exhibits (1) in Opposition to Petitioners' Motion to Compel Arbitration and (2) in Support of Respondents' Motion to Dismiss is granted [48]. Courtesy copies of these documents shall be submitted to chambers, and any other relevant filings to the pending motions to Room 1846. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.