IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAULA WALLRICH, DANIELLE JONES, GRANT GRINNELL, JEFFREY BURTON, RHONDA MCCALLUM, PROVIDENCIA VILLEGAS, and 49,980 other individuals<br><br>*Petitioners*,<br><br>- against -<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.,<br><br>*Respondents.* | Civil Action No. 1:22-cv-05506<br><br>Hon. Harry D. Leinenweber |

**RESPONDENTS SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG ELECTRONICS CO., LTD.'S, NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

Notice is hereby given that Respondents Samsung Electronics America, Inc. and Samsung Electronic Co., Ltd., ("Respondents") appeal to the United States Court of Appeals for the Seventh Circuit from this Court's September 12, 2023, Minute Entry [ECF No. 50]; September 12, 2023, Memorandum Opinion and Order [ECF No. 51]; and any and all other adverse orders and rulings.

Dated: September 15, 2023

Mark Howard Boyle
DONOHUE BROWN MATHEWSON
  &amp; SMYTH LLC
131 South Dearborn Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 422-0900

James L. Kopecky
KOPECKY SCHUMACHER
  ROSENBURG LLC
120 North LaSalle Street, Suite 2000
Chicago, Illinois 60601
Telephone: (312) 380-6552

Respectfully submitted,

*/s/ Randall W. Edwards*

Michael W. MicTigue Jr.
Meredith C. Slawe
Kurt Wm. Hemr
Colm P. McInerney (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000

Randall W. Edwards
Matthew D. Powers (*pro hac vice*)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

*Attorneys for Respondents*
*Samsung Electronics America, Inc., and*
*Samsung Electronics, Co., Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 15th day of September, 2023.

*/s/ Randall W. Edwards*
Randall W. Edwards