IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Paula Wallrich, et al | ) | Case No: 22 C 5506 |
| v. | ) | Judge: Harry D. Leinenweber |
| Samsung Electronics America, Inc. et al | ) | |

## ORDER

Telephonic conference and ruling on motion hearing held. Pro hac vice motions are granted [66, 67]. Motion to stay is denied as set forth on the record [61].

(T:00:10)

Date: 10/18/23 /s/ Judge Harry D. Leinenweber