# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 26, 2023

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*

| | |
|---|---|
| No. 23-2842 | PAULA WALLRICH, et al., <br>    Plaintiffs - Appellees <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INCORPORATED and SAMSUNG ELECTRONICS COMPANY, LIMITED, <br>    Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:22-cv-05506 <br> Northern District of Illinois, Eastern Division <br> District Judge Harry D. Leinenweber ||

Upon consideration of the **MOTION TO STAY THE DISTRICT COURT'S ORDER; REQUEST FOR ADMINISTRATIVE STAY UNTIL THE COURT RULES; AND MOTION TO EXPEDITE APPEAL**, filed October 25, 2023, by counsel for the appellants,

**IT IS ORDERED** that the district court's order dated September 12, 2023, is temporarily **STAYED** pending further order of this court.

**IT IS FURTHER ORDERED** that appellees shall file a response to the motion on or before 5:00 p.m. on November 2, 2023.


form name: **c7_Order_3J**    (form ID: **177**)